# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00524-CV

**Daneshjou Holdings, LLC; Daneshjou Family Limited Partnership; and Sally Daneshjou, Appellants**

**v.**

**Trimont LLC f/k/a Trimont Real Estate Advisors, LLC, Appellee**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-GN-19-003735, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Sally Daneshjou filed a suggestion of bankruptcy on December 6, 2024. *See* Tex. R. App. P. 8.1. We therefore abate this appeal until a party files a motion to reinstate or a motion to sever. *See id*. R. 8.2, 8.3. Appellant is ordered to inform this Court of the resolution of the bankruptcy proceeding or some other event that would allow this appeal to be reinstated. Should they fail to provide such notice, the appeal will be subject to dismissal for want of prosecution on this Court's or another party's motion. *See id.* R. 42.3(b), (c).

Before Chief Justice Byrne, Justices Triana and Kelly

Abated

Filed: December 13, 2024